**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert Edward Buckner,<br>aka Robert E. Buckner,<br>aka Robert Buckner<br><br>                  **Debtor(s)** | BK NO. 14-05887 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

                                                            Respectfully submitted,

                                                     **/s/James C. Warmbrodt, Esquire**
                                                       James C. Warmbrodt, Esquire
                                                       KML Law Group, P.C.
                                                       BNY Mellon Independence Center
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA  19106
                                                       412-430-3594