In re:  Case No. 14-05887-RNO
Robert Edward Buckner  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 2     Date Rcvd: Jun 17, 2019
                 Form ID: 3180W     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
```
db             +Robert Edward Buckner,    105 Bayberry Drive,    Milford, PA 18337-7425
4587589        +AMERICAN EDUCATION/WELLS FARGO,    1200 N 7TH STREET,    HARRISBURG, PA 17102-1419
4587593        +BRENDA T. BUCKNER,    105 BAYBERRY DRIVE,    MILFORD, PA 18337-7425
4603201        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4587596        +CITIBANK NA,    C/O UNITED COLLECTION BUR,    5620 SOUTHWYCK BLVD STE 206,
                 TOLEDO, OH 43614-1501
4587597        +FIA CARD SERVICES,    C/O DYNIA & ASSOCIATES,    4849 N MILWAUKEE AVE STE 801,
                 CHICAGO, IL 60630-2680
4587598         FIA CARD SERVICES/BOA,    C/O NORTHSTAR LOCATION SVCS,    4285 GENESEE STREET,
                 CHEEKTOWAGA, NY 14225-1943
4729892       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
4643688         Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                 West Palm Beach, FL 33416-4605
4593483        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
4587600       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   TOYOTA MOTOR CREDIT CORP,    90 CRYSTAL RUN RD STE 310,
                 MIDDLETOWN, NY 10941)
4587588        +VINCENT RUBINO, ESQ.,    NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO,    712 MONROE STREET,
                 STROUDSBURG, PA 18360-2131
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4587591        +EDI: AMEREXPR.COM Jun 17 2019 23:03:00      AMERICAN EXPRESS,    PO BOX 981537,
                 EL PASO, TX 79998-1537
4587590        +EDI: FSAE.COM Jun 17 2019 23:03:00      AMERICAN EXPRESS,    C/O FIRSTSOURCE ADVANTAGE,
                 205 BRYANT WOOD SOUTH,    AMHERST, NY 14228-3609
4635913         EDI: BECKLEE.COM Jun 17 2019 23:03:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
4587592         EDI: BANKAMER.COM Jun 17 2019 23:03:00      BANK OF AMERICA,    PO BOX 982235,
                 EL PASO, TX  79998-2235
4587594         EDI: CHASE.COM Jun 17 2019 23:03:00      CHASE BANK,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4587595        +EDI: CITICORP.COM Jun 17 2019 23:03:00      CITI CARDS//CITIBANK,    PO BOX 6241,
                 SIOUX FALLS, SD 57117-6241
4658994         EDI: ECMC.COM Jun 17 2019 23:03:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
4587599        +E-mail/Text: EBN_Notifications@OWB.com Jun 17 2019 19:01:25      ONEWEST BANK,
                 6900 BEATRICE DR,    KALAMAZOO, MI 49009-9559
4590812         EDI: TFSR.COM Jun 17 2019 23:03:00      Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
4587601        +EDI: WFFC.COM Jun 17 2019 23:03:00      WELLS FARGO,    CONSUMER CREDIT SOLUTIONS,    PO BOX 30086,
                 LOS ANGELES, CA 90030-0086
4587602        +EDI: WFFC.COM Jun 17 2019 23:03:00      WELLS FARGO BANK,    PO BOX 14517,
                 DES MOINES, IA 50306-3517
4637513        +EDI: WFFC.COM Jun 17 2019 23:03:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
4619842         EDI: ECAST.COM Jun 17 2019 23:03:00      eCAST Settlement Corporation assignee of Citibank,    NA,
                 POB 29262,    New York NY 10087-9262
                                                                                               TOTAL: 13
```

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX  75261-9741)
4729893*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741,
                 Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
4587587*       +ROBERT EDWARD BUCKNER,    105 BAYBERRY DRIVE,    MILFORD, PA 18337-7425
                                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Joseph Angelo Dessoye    on behalf of Creditor    Nationstar Mortgage, LLC. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent Rubino    on behalf of Debtor 1 Robert Edward Buckner
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com

                                                                                                    TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Edward Buckner** | Social Security number or ITIN **xxx–xx–8494** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Pennsylvania** | | |
| Case number: **5:14–bk–05887–RNO** | | |

# Order of Discharge                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert Edward Buckner
   aka Robert E. Buckner, aka Robert Buckner

**By the court:**  *[signature: Robt N. Opel II]*

6/17/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**